UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BENJAMIN ELLIS FREEDLAND,**

    **Petitioner,**

v.                                            Case No. 5:21-cv-56-TKW-MAF

**W.E. MACKELBURG,** Warden*,*

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 29) and Petitioner's objections (Doc. 30). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be denied. Indeed, even if the documents attached to the objections showed that Petitioner exhausted his administrative remedies (and it is not clear that they do),[1] his claim fails on the merits for the reasons explained by the magistrate judge in the Report and Recommendation. *See* Doc. 29, at 10-15. Accordingly, it is

---

[1] The documents appear to show that Petitioner filed multiple administrative remedies at the institutional level concerning his placement in a residential re-entry center and that he appealed at least one of them to the regional office level. It does not appear, however, that the administrative remedy that he appealed to the central office was the same one that he appealed to the regional level. Indeed, it appears that #1068053-F1 went from the institutional level directly to the central office bypassing the regional office whereas #1049855-F1 went from the institutional level to the regional office but not to the central office.

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED.**

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 16th day of August, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**